FILED BY **3A** D.C.

Feb 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 21-60067-CR-SINGHAL/SNOW
### CASE NO._____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

UNITED STATES OF AMERICA

vs.

PAUL NICHOLAS MILLER,

     **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about January 17, 2018, in Broward County, in the Southern District of Florida, the

defendant,

**PAUL NICHOLAS MILLER,**

knowingly possessed a firearm in and affecting interstate commerce, knowing that he had

previously been convicted of a crime punishable by imprisonment for a term exceeding one year,

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
KIRAN N. BHAT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

PAUL NICHOLAS MILLER,

## CERTIFICATE OF TRIAL ATTORNEY*

_____
Defendant            /

**Superseding Case Information:**

**Court Division:** (Select One)

| | Miami | __ | Key West | | |
|---|---|---|---|---|---|
| ✓ | FTL | __ | WPB | __ | FTP |

New defendant(s)          Yes _____   No _____
Number of new defendants   _____
Total number of counts     _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take  3-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   | I | 0 to 5 days | ✓ | Petty | |
   |---|---|---|---|---|
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | ✓ |
   | V | 61 days and over | | | |

6. Has this case previously been filed in this District Court?      (Yes or No)     No
   If yes: Judge                    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No
   If yes: Magistrate Case No.
   Related miscellaneous numbers:          _____
   Defendant(s) in federal custody as of    _____
   Defendant(s) in state custody as of      _____
   Rule 20 from the District of             _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?          Yes _____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?          Yes _____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?          Yes _____   No ✓

_____
KIRAN N. BHAT
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**  PAUL NICHOLAS MILLER

**Case No:** 

Count #: 1

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**