UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-60067-CR-SINGHAL/SNOW**
CASE NO. _____

FILED BY ЈАО D.C.
FEB 25 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE: SEALED INDICTMENT

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or further order of the Court, excepting the United States Attorney's Office and Law Enforcement Personnel, which may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendant might flee should knowledge of this Indictment become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _/s/ Kiran Bhat_____
Kiran N. Bhat
Assistant United States Attorney
Florida Bar No. 1008370
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9103
Kiran.Bhat@usdoj.gov