UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60067-CR-SINGHAL/SNOW**
CASE NO._____

**IN RE: SEALED INDICTMENT**
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrant, and this Order shall be filed under seal until the arrest of the defendant or further order of the Court, except that the United States Attorney's Office and Law Enforcement Personnel may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in Miami, Florida, this 25th day of February, 2021.

_____
HON. LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     Kiran N. Bhat, Assistant United States Attorney