# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 3/10/21   Time: .11:00 a.m.

Defendant: Paul Nicholas Miller    J#: 32607-509   Case #: 21-60067-Cr-Singhal/Snow
AUSA: Kiran Bhat (David Snider Duty)    Attorney: Russell Cormican, Esq and Norman Kent, Esq
Violation: Unlawful Transport of Firearms
Proceeding: RRC / PTD / Arraignment    CJA Appt:
Bond/PTD Held:  ◯ Yes  ◯ No    Recommended Bond: PTD
Bond Set at: PTD Hearing Held    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL
- ☒ Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition:
All parties present.
Deft consent to proceed by way of zoom.
Deft waived his right to appear in open court.
Govt proceed by way of proffer
Agent Collin Gregory sworn. Cross - Redirect - Re-Cross. Argument by both parties. The court granted the govt's motion. The deft shall be held detained until trial.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 03/24/21 | 11:00 A.M. | Duty | FTL |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | 03/24/21 | 11:00 A.M. | Duty | FTL |
| Status Conference RE: | | | | |

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 13:03:25    Time in Court: 2 hours

Page: ____