UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60067-CR-SINGHAL/SNOW(s)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 924(d)(1)
26 U.S.C. § 5872
49 U.S.C. § 80303

UNITED STATES OF AMERICA

vs.

PAUL NICHOLAS MILLER,

Defendant.
_____/

FILED BY ⎯⎯ JAO ⎯⎯ D.C.

MAR 18 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of a Firearm by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about January 17, 2018, in Broward County, in the Southern District of Florida, the defendant,

### PAUL NICHOLAS MILLER,

knowingly possessed a firearm in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
**Possession of Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1))**

On or about March 2, 2021, in Broward County, in the Southern District of Florida, the defendant,

### PAUL NICHOLAS MILLER,

knowingly possessed ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

It is further alleged that said ammunition consisted of:

a. Six hundred and sixty-six (666) rounds of 5.56 x 45 millimeter ammunition;

b. One hundred and twenty-one (121) rounds of .223 caliber ammunition; and

c. Sixty-one (61) rounds of 9 millimeter ammunition.

## COUNT 3
**Possession of an Unregistered Firearm**
**(26 U.S.C. § 5861(d))**

On or about March 2, 2021, in Broward County, in the Southern District of Florida, the defendant,

### PAUL NICHOLAS MILLER,

did knowingly possess a firearm, that is, a rifle having a barrel of less than 16 inches in length, as defined in Title 26, United States Code, Section 5845(a)(3), which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PAUL NICHOLAS MILLER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

3. Upon conviction of a violation of Title 26, United States Code, Section 5861(d), as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any firearm involved in such offense, pursuant to Title 26, United States Code, Section 5872, and Title 49, United States Code, Section 80303.

4. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   a. Six hundred and sixty-six (666) rounds of 5.56 x 45 millimeter ammunition;

   b. One hundred and twenty-one (121) rounds of .223 caliber ammunition;

   c. Sixty-one (61) rounds of 9 millimeter ammunition; and

   d. One (1) short-barreled rifle bearing no serial number or manufacturer markings with a barrel of approximately ten and one-half (10.5) inches in length.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, Title 49, United States Code, Section 80303, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
KIRAN N. BHAT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

PAUL NICHOLAS MILLER,

_____Defendant_____/

CASE NO. 21-60067-CR-Singhal/Snow(s)

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami     ___ Key West
_✓_ FTL       ___ WPB     ___ FTP

New defendant(s)         Yes ___   No _✓_
Number of new defendants ___
Total number of counts   _3_

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  _____

4. This case will take _4-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   0 to 5 days        _✓_          Petty     ___
   II  6 to 10 days       ___          Minor     ___
   III 11 to 20 days      ___          Misdem.   ___
   IV  21 to 60 days      ___          Felony    _✓_
   V   61 days and over   ___

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes: Magistrate Case No.  21-6136-MJ-Hunt
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  March 2, 2021
   Defendant(s) in state custody as of  _____
   Rule 20 from the District of  _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No _✓_

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No _✓_

_____
Kiran N. Bhat
Assistant United States Attorney
Florida Bar No. 1008370

*Penalty Sheet(s) attached

REV 6 5 2020

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** PAUL NICHOLAS MILLER

**Case No:** 21-60067-CR-SINGHAL/SNOW(s)

Count #: 1

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Count #: 2

Possession of Ammunition by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Count #: 3

Possession of an Unregistered Firearm

Title 26, United States Code, Sections 5861(d) and 5871

**\*Max. Penalty:** Ten (10) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.