# COURT MINUTES/ORDER
## United States Magistrate Judge Patrick M. Hunt

Date: 3/22/21 Time: 11:00 a.m.

Defendant: Paul Miller  J#: 32607-509  Case #: 21-60067-Singhal/S
AUSA: Kiran Bhat (Joe Cooley - Duty)  Attorney: James Lewis, Esq
Violation: Possession of a firearm by convicted felon
Proceeding: Arraignment on Superseding Indictment  CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond:
Bond Set at: Detained (Hearing Held)  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew 24 hours pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: SDFL
- ☐ Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition: All parties present. Consent to zoom. Waived right to appear in court.

*Brady*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:04:10  Time in Court: 7 mins
Page: