**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:   21-CR-60067-AHS**

UNITED STATES OF AMERICA,                                JUDGE: SINGUAL

      PLAINTIFF,

v.

PAUL NICHOLAS MILLER,

      DEFENDANT.
_____/

**DEFENDANT'S MOTION FOR APPOINTMENT OF MENTAL HEALTH EXPERT FOR CONFIDENTIAL REPORT RE: COMPETENCY AND SANITY**

The Defendant, PAUL NICHOLAS MILLER, by and through his undersigned counsel, files this his Motion for Appointment of Mental Health Expert for Confidential Report Re: Competency and sanity.

As grounds therefore the Defendant would allege:

1. The Defendant currently faces a Superseding indictment for Count 1- Possession of a firearm by convicted felon, Count 2- Possession of ammunition by a convicted felon, and Count 3- Possession of an unregistered firearm. The Government has indicated they are still investigating and considering additional charges.

2. The Defendant had a serious automobile crash approximately 5 years ago and suffered a significant head injury.

3. After counsel met and spoke with the Defendant and his family, counsel has a good faith belief that competency and sanity are issues that must be investigated by the

defense.

4. While the Defendant's family have hired undersigned counsel for a permanent appearance, there are insufficient resources available with which to obtain a mental health expert is necessary for the defense.

5. AUSA Kiran Bhat was contacted by counsel, who indicated he does not object to the appointment of a mental health expert to assist the defense, but does not agree that it should be at government expense.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2021 undersigned counsel electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification to all parties involved.

JAMES S. LEWIS, ESQ.
Attorney for Defendant
200 SE 6th Street
Suite 301
Fort Lauderdale, FL 33301
Telephone (954) 523-7949
Facsimile (954) 524-0403
jimlewisforflorida@yahoo.com

BY:   /s/ *JAMES S. LEWIS*
JAMES S. LEWIS, ESQ.
Florida Bar No.: 318957