UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-cr-60067-AHS-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael B. Cohen, of Michael B. Cohen PA, 6400 North Andrews Avenue, Suite 505, Fort Lauderdale, FL, 33309, hereby enters his appearance for Defendant, PAUL NICHOLAS MILLER, and requests that copies of all further pleadings and discovery papers in this matter be served on the undersigned.

Dated: April 13, 2021.

    Respectfully submitted,

**Michael B. Cohen**
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Email: micheal@mcohenlaw.com
Email: eservice@mcohenlaw.com