UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-mj-06136-PMH-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.

_____/

## MOTION TO WITHDRAW FIRST MOTION FOR PSYCHIATRIC EXAM (DE 16) HEARING SET FOR APRIL 26, 2021, AT 11 AM

Defendant, Paul Miller, hereby moves to withdraw the first motion for psychiatric exam (DE 16) filed by previous counsel. As grounds therefore undersigned counsel would state:

1. Undersigned counsel will be filing a similar motion in the future.

2. Since undersigned counsel has been recently retained, he wishes to further discuss this matter with his client before moving forward on this motion.

3. Undersigned counsel understands that the hearing regarding substitution of undersigned counsel will go forward on April 26, 2021.

WHEREFORE, undersigned counsel respectfully requests that this instant motion be granted.

Dated: April 23, 2021.

                              Respectfully submitted,
                              **Michael B. Cohen, Esq.**
                              Michael B. Cohen, Esq.
                              Florida Bar No: 210196
                              6400 North Andrews Ave., Ste 505
                              Fort Lauderdale, Florida 33309
                              Ph (954) 928-0059
                              Email: michael@mcohenlaw.com