UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

        Plaintiff,

v.

PAUL NICHOLAS MILLER,

        Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

The Defendant, Paul Miller ("Mr. Miller"), by and through undersigned counsel respectfully files this motion to continue trial. As grounds therefor undersigned counsel would state the following:

1. This matter is set for calendar call on June 30, 2021 and thereafter for trial on July 6, 2021.

2. Undersigned counsel is still in the process of reviewing the discovery in this matter and therefore will need additional time to prepare for trial.

3. Undersigned counsel's office has contacted Assistant United States Attorney Kiran Bhat, who does not object to this Motion.

    **WHEREFORE,** based upon the foregoing, your undersigned respectfully requests that this instant Motion be GRANTED.

Dated: May 26, 2021.

                                            Respectfully submitted,

                                            *s/ Michael B. Cohen*
                                            _____
                                            MICHAEL B. COHEN, ESQ.
                                            Florida Bar No: 210196

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that a true and correct copy of the foregoing was furnished via the Florida E-Filing Portal and e-mailed to The Broward County State Attorney's Office at courtdocs@sao17.state.fl.us on May 26, 2021.

                                        Respectfully submitted,

                                        *s/ Michael B. Cohen*

                                        _____
                                        MICHAEL B. COHEN, ESQ.
                                        Florida Bar No: 210196
                                        6400 North Andrews Ave., Ste 505
                                        Fort Lauderdale, Florida 33309
                                        Ph (954) 928-0059
                                        Fax (954) 928-0829
                                        michael@mcohenlaw.com
                                        eservice@mcohenlaw.com