UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

        Plaintiff,

v.

PAUL NICHOLAS MILLER,

        Defendant.

_____/

**UNOPPOSED MOTION FOR PRE-PLEA PRE-SENTENCE REPORT**

Undersigned counsel on behalf of his client Paul Miller hereby moves for the preparation of a pre plea pre-sentence report.

As grounds therefore undersigned counsel would state as follows:

1. Undersigned counsel has been negotiating a possible resolution of this case with the Government.

2. In reviewing a proposed plea agreement it has come to counsel's attention that there is a possibility that the defendant may qualify for career criminal treatment although after analysis of the sentencing guidelines both government counsel and undersigned counsel are unsure of this eventuality.

3. In view of the foregoing and because this possibility could affect the defendant's plea undersigned counsel requests that this court order the preparation of a pre plea PSR to resolve this issue.

4. Undersigned counsel has spoken to Assistant United States Attorney Kiran Bhatt who has not objection to this Motion.

2

**WHEREFORE,** undersigned counsel respectfully requests that this instant motion be GRANTED.

Dated: May 27, 2021.

                                                                 Respectfully submitted,

                                                                 *s/ Michael B. Cohen*
                                                                  _____
                                                                  MICHAEL B. COHEN, ESQ.
                                                                  Florida Bar No:  210196
                                                                  6400 North Andrews Ave., Ste 505
                                                                  Fort Lauderdale, Florida 33309
                                                                  Ph (954) 928-0059
                                                                  Fax (954) 928-0829
                                                                  michael@mcohenlaw.com
                                                                  eservice@mcohenlaw.com