UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.

_____/

## OBJECTIONS AND CLARIFICATIONS TO THE PRE-SENTENCE INVESTIGATION REPORT (PSR)

1. The defendant does not disagree with the guideline's calculations set forth in the PSR (See Plaintiff 83)

2. The defendant however does object to the inclusion of those parts of paragraphs 12,14 and paragraphs 62,63,64 and 65 in full which detail the defendants alleged involvement in white supremacist ideologies. Since the defense believes they are unrelated to the defendant's charges and not relevant to these charges. To the extent they are relevant at all, the facts in those paragraphs may explain why the defendant sought to possess firearms after his previous convictions (for self-defense purposes). This rationale will be explained in defendant's motion for a downward variance.

If the Court decides to retain these paragraphs in the PSR, the defense hopes that the Court will disregard the facts in these paragraphs when imposing its sentence.

3. The defense respectfully requests that the Court recommend that the defendant be placed on the 500-hour comprehensive drug treatment program (RDAP program) administrated by the Federal Bureau of Prisons (See 91 PSR).

4. Finally, since the defendant's family resides in New Jersey, the defense requests that the Court recommend that the defendant be incarcerated in the Fort Dix New Jersey correctional institution.

                                                                Respectfully submitted,
                                                                **Michael B. Cohen**
                                                                MICHAEL B. COHEN, ESQ.
                                                                Florida Bar No: 210196
                                                               6400 North Andrews Ave., Ste 505
                                                               Fort Lauderdale, Florida 33309
                                                               Ph (954) 928-0059
                                                               Fax (954) 928-0829
                                                               michael@mcohenlaw.com
                                                               eservice@mcohenlaw.com

Dated: August 13, 2021.