UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

        Plaintiff,

v.

PAUL NICHOLAS MILLER,

        Defendant.

_____/

### NOTICE OF FILING IN SUPPORT OF DEFENDANTS MOTION FOR DOWNWARD VARIANCE

UNDERSIGNED COUNSEL hereby files these additional letters from the Defendant's mother and brother in support of his objections of the PSR and Motion to Downward Variance (Attached hereto as Exhibit A).

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing Motion was sent e-service to all parties via e-service on August 17, 2021.

    Respectfully submitted,
    **Michael B. Cohen, Esq.**
    Michael B. Cohen, Esq.
    Florida Bar No: 210196
    6400 North Andrews Ave., Ste 505
    Fort Lauderdale, Florida 33309
    Ph (954) 928-0059
    Email: mcohenlaw@aol.com

# EXHIBIT A



Michael Cohen <michael@mcohenlaw.com>

## Paul Miller letter from Jack Miller
1 message

**Jack Miller** <star.inc7777@gmail.com>  Mon, Aug 16, 2021 at 9:14 AM
To: michael@mcohenlaw.com

Dear Judge Singhal,

I'm writing this letter on my brothers behalf because he is not the person portrayed by his social media accounts. The person he is, is a gypsy American that got turned into a internet troll from harassment of my family and him. It was devastating for him getting fired, beat up, my mother and father constantly getting death threats. Pizzas and random delivery's where they would order over one hundred dollars worth of food and ask for payment on delivery. They would break things on the house and bother the house at all times of the night. They lit a in front of my sisters house.. I honestly believe once he gets out he will never do anything online again and will help me take care of my sick mother and father because I have a two year old son and It's been very hard for me to take care of them all by my self. I'm begging you to have mercy on my brother simply cause he only had these problems because he was genuinely scared for his life and wanted to move away from my family thinking the harassment might stop but it never did. He realized all the mistakes he made and doing this time made him want to be himself again with out so much anger in him. Thank you for your time and I appreciate you taking the time to read my letter god bless you.

Sincerely
Paul's brother
Jack Miller



Michael Cohen <michael@mcohenlaw.com>

## Paul miller's mom letter
1 message

**Jack Miller** <star.inc7777@gmail.com>  Mon, Aug 16, 2021 at 8:56 AM
To: michael@mcohenlaw.com

Dear Judge Singhal, I am Paul's mother. I have stage 4 glioblastoma brain cancer. In July, I was having seizures, blackouts, and headaches. I originally thought it was the stress over worrying about my son in prison. I was then hospitalized and found out it was a tumor. I had surgery to remove the tumor but not all of it could be removed. I am doing chemo and radiation, but my doctors are not sure if it will work or how much time I may have left. If you should need, I can have my doctors send my medical documentation to you.

If there is anyway that you could consider time served for Paul so he may be here for me, help take me to my medical appointments but most importantly so I know he is safely home with me, I would greatly appreciate it (appreciate is not enough to describe it - it would be a blessing). My doctors tell me not to be stressed because stress lowers my immune system. As a parent, you can't help worrying about your children no matter their age is. I don't know how much time I may have left, but with all of my heart as a mom, please consider this request.