UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

        Plaintiff,

v.

PAUL NICHOLAS MILLER,

        Defendant.

_____/

## DEFENDANT PAUL N. MILLER'S NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING HEARING

The Defendant, Paul N. Miller, through undersigned counsel hereby files the enclosed letters in support of his sentencing hearing set for Monday, August 30, 2021, at 2:30 p.m

August 27, 2021.

        Respectfully submitted,

        **Michael B. Cohen**
        Michael B. Cohen, Esq.
        Florida Bar No: 210196
        6400 North Andrews Ave., Ste 505
        Fort Lauderdale, Florida 33309
        Ph (954) 928-0059
        Email: micheal@mcohenlaw.com
        Email: eservice@mcohenlaw.com

# THE LUCCIOLA LAW GROUP, P.C.
## Attorneys at Law
55 Broadway, 23rd Floor
New York, New York 10006
(212) 482-4400
Facsimile (212) 482-4404

August 26, 2021

Hon. Judge Raag Singhal
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 110, Chambers 107
Fort Lauderdale, Florida 33301

Re: United States v. Paul Nicholas Miller

Dear Honorable Judge Singhal:

I am a practicing New York State attorney for over thirty-nine years. I have known the Miller family, in particular Christopher Miller, for well over eight years and have gotten to know the family.

I recently learned that his brother, Paul Miller, is scheduled to be sentenced by the Court. As an officer of the Court, I would like to bring some insight in the hope of mitigating the circumstances in which Paul finds himself.

The Miller family is an honorable gypsy family. They are religious, family oriented and very welcoming. They are small business owners who welcome and serve the community in the New Jersey area. I have never heard an untoward racial epithet being used by any of them.

Paul has had his challenges and will pay for his mistakes. He recognizes his bad choices and will do his time for the gun possession. His shock jock persona should not be confused with his true nature and that of his upbringing.

Thank you for your kind attention to this serious matter.

Respectfully,

Gerard A. Lucciola
The Lucciola Law Group, PC
55 Broadway, 23rd Floor,
New York, NY 10006
(212) 482-4400

1

LAW OFFICES OF ANTONIO J. TOTO
141 MAIN STREET
SOUTH RIVER, NJ 08882
(732) 613-3922
(732) 613-3923 Fax

August 27, 2021

To the Honorable Court

Re: United States v. Paul Miller

Dear Honorable Judge:

It is my understanding that the Court is sentencing Mr. Miller shortly. This office has represented Mr. Miller in the past and I can say that he has never shown any proclivity for violence, racial animosity, or has been disrespectful to anyone.

Although I do not know all the facts of this particular case, I have been informed that the United States Attorney General's Office believes he is some type of racist. I can say that I have never heard or seen Mr. Miller use any racial words or show any animosity towards any groups. In fact, I have seen just the opposite.

Mr. Miller had been involved in kick-boxing for a period of years and I truly believe that multiple blows to his head may have an affect on him mentally.

I have been practicing close to 30 years and I am a former Middlesex County Prosecutor here in New Jersey. I ask the Court to consider these statements in your sentence.

Respectfully,

Antonio J. Toto, Esq.

 Gmail

Michael Cohen <michael@mcohenlaw.com>

## Re: Paul Miller
1 message

**Jon Evans** <jonjosephevans@gmail.com>  Sun, Aug 22, 2021 at 4:53 PM
To: "michael@mcohenlaw.com" <michael@mcohenlaw.com>

August 21, 2021

To: The Hon. Raag Singhal
From: Jon J. Evans
Re: Paul Miller

Your Honor,

Please be advised that I am writing this letter to you to attest to the character of Paul Miller.

As a former correctional officer in good standing from State Prison Central in Trenton NJ from 1982 to 1986, I have seen some of the worst and most violent in society. In my opinion, Paul Miller is not of that sort.

My Son and I have known Paul for some time, and, in my recent conversations with Paul, I firmly believe that he is truly remorseful and sorry for his past transgressions.

Paul has expressed to me his strong desire to make the best use of his time while incarcerated to rehabilitate himself, and, upon his release, he wants to re-enter society as a productive and law-abiding citizen.

With a strong desire to put this behind him, Paul wants to return to his family to help care for his ailing Mother. Paul had also stated that he wishes to start a family of his own one day.

I see Paul posing no threat of recidivism, and I firmly believe in his character as an honorable man who will keep his word. I have offered Paul a place to reside in my home upon his release to assist him in getting back on his feet. I welcome Paul into my home as a Son.

Paul understands that he has made some serious errors in judgment, and he is truly sorry for the trouble it has caused.

I respectfully ask you, Your Honor, to take my accounting of Paul Miller into serious consideration at the time. I also respectfully ask the court to show compassion and leniency at his sentencing.

Respectfully Submitted,

Jon J. Evans
email: jonjosephevans@gmail.com
Cell phone: (609) 414-3826

Laurel Run Village, Unit B-1
1021 US Hwy 206 North
Bordentown, NJ 08505