UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.

_____/

### DEFENDANT PAUL N. MILLER'S NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING HEARING

The Defendant, Paul N. Miller, through undersigned counsel hereby files the enclosed letter in support of his sentencing hearing set for Tuesday, September 28, 2021 at 1:30 p.m.

September 28, 2021.

    Respectfully submitted,

    **Michael B. Cohen**
    Michael B. Cohen, Esq.
    Florida Bar No: 210196
    6400 North Andrews Ave., Ste 505
    Fort Lauderdale, Florida 33309
    Ph (954) 928-0059
    Email: micheal@mcohenlaw.com
    Email: eservice@mcohenlaw.com

Paul is my half brother (son of my father and stepmother). I have known him his entire life as I was a teenager when he was born and even changed his diapers when he was a baby. As a young boy, he was bullied because of his weight and because he is Romani (gypsy). Actually, throughout his life he has been discriminated against for being Romani. Instead of letting those experiences have a bad influence on him, he turned them into a positive. He learned muay thai boxing for self defense, lost his weight, and became a teacher of the self defense art to help others learn how to protect themselves as well as get healthy. He learned to fight not to start fights, but to defend himself against being hurt. When others tried to start fights with him, Paulie tried words first to diffuse the situation before letting it become physical and needing to use his learned self defense skills. He wanted to become a professional boxer, but was hurt in a match that made that aspiration unlikely. I think this is when he was influenced by some bad characters and was away from family where we could counter that bad influence.

He is not a neo Nazi. The Nazi's persecuted and killed millions of Romani. Paulie cares for his people and would not be part of a group that would hurt the ones he holds dear. What Paulie is, is a good person who got lost and was influenced by some bad people. Paulie is not a threat to others, the government or society. If given a second chance, he will do good things as his family will make sure of it. We had spoken many times about him becoming a pastor at his church as Paulie likes to help people. He does not hurt them. He is a good uncle to my kids and has always been very sweet with them (my children are biracial as my kids are half Asian).

This letter does not give you per se evidence, but it is who he is and is not. I have served 22 years in the federal government/military service (10 years as a Navy Officer and 12 plus years as a United States Public Health Service Commissioned Corps Officer as a FDA Investigator). I have to analyze/investigate people, firms and issues for a living. I have sworn to protect the country from all enemies foreign and domestic. If I thought Paul was a risk to society, I would not be writing this letter to you asking for compassion in your sentencing. But respectfully, I am requesting leniency because I know who Paulie is at his core. He will not make those mistakes again and he will do things that are beneficial to society. I will ensure that he does.

If you should need to speak with me further or need additional information, I will gladly make myself available.

Very respectfully,

Jennifer Custodio
CDR, United States Public Health Service Commissioned Corps Officer
Regulatory Officer/Investigator, United States Food and Drug Administration
Nurse Corps Officer (veteran), United States Navy