SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT **Paul Nicholas Miller**   CASE NO. **21-60067-CR-Singhal**

Deputy Clerk **Valarie Thompkins**   Court Reporter **Karl Shires**   DATE **9-28-21**

USPO **Rebecca Hill**   AUSA **Kiran Bhat**   Deft's Counsel **Michael Cohen**

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | **41** | **I, II, III** to Run Concurrently with each other |

Supervised Release **3 Years as to Counts I, II, III of the Superseding Indictment** — to Run Concurrently

**[DE 42] Defendant's Motion for Downward Variance is hereby Denied**

✓ Court advised the Defendant of his/her right to appeal   ___ Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby _____

Assessment $ **300.00** ~~x~~ ✗   Fine $ **0**   Restitution $ **0**

___ Data Encryption   ___ Permissible Computer Examination   ___ Computer Modem Restriction
___ Computer Possession Restriction   ___ Employer Computer Restriction Disclosure
___ No Contact with Minors   ___ No Contact with Minors in Employment   ___ Sex Offender Treatment
___ No Involvement Youth Organization   ___ Sex Offender Registration   ___ Adam Walsh Act Search
___ Offense Related Computer Restriction   ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination   ___ Permissible National Business Travel   ___ No New Debt
___ Anger Control/Domestic Violence   ___ Community Service   ___ Related Concern Restriction
✓ Mental Health Treatment   ✓ Substance Abuse Treatment   ___ Related Concern Restriction
___ Employment Requirement   ___ Cooperating IRS   ___ Association Restriction   ✓ Forfeiture
___ Self-Employment Restriction   ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records   ___ Employment Solicitation Restriction   ✓ Financial Disclosure
___ Location Monitoring Program   ___ Relinquishment of Licensure   ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment   ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling   ✓ Unpaid Restitution, fines, special assessments   ✓ Permissible Search

CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: **500 Hr Drug Treatment Program (RDAP) Fort Dix, New Jersey**