UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cr-60067-AHS

UNITED STATES OF AMERICA

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.

_____/

**CONSENT TO APPEAR BY VIDEO OR AUDIO TELECONFERENCE**

Pursuant to The CARES Act, H.R. 748, the Court's Administrative Orders In re: Coronavirus Public Emergency, and Rule 5(f), Rule 10(c), and Rule 43(c)(1)(B) of the Federal Rules of Criminal Procedure, the Defendant hereby acknowledges, after consultation with counsel that Defendant understands the nature of the offenses charged, and that Defendant understands Defendant's right to appear in person for the following proceedings. Acknowledging such, after consultation with counsel, the Defendant hereby knowingly and voluntarily waives Defendant's right to appear in person and hereby consents to appearance by use of video teleconferencing, or by audio teleconferencing if video teleconferencing is not reasonably available, for the following:

☐    Waivers of indictment Rule 7(b) of the Federal Rules of Criminal Procedure

☐    Arraignments under Rule 10 of the Federal Rules of Criminal Procedure, to include the Defendant's arraignment or initial appearance and detention hearing, presently set for Wednesday April 13, 2020.

☐    Appearances under Rule 40 of the Federal Rules of Procedure

☑     Felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure upon a finding by the presiding district judge that the plea or sentencing cannot be further delayed without serious harm to the interests of justice.

S://

s/ Michael B. Cohen
_____
\* Due to Covd-19 visitation restrictions,
Defendant  ¹counsel signs for Defendant

s/ Michael B. Cohen
_____
Defendant's Attorney

8/27/2021
Date

8/27/2021
Date

APPROVED BY:
_____
Judge

28 September 2021
_____
Date

Dated: August 27, 2021.

Respectfully submitted,
**Michael B. Cohen, Esq.**
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Email: michael@mcohenlaw.com
       eservice@mcohenlaw.com

---

[1] Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that defendant gave express permission to apply his or her signature.