UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60067-AHS

UNITED STATES OF AMERICA

v.

PAUL NICHOLAS MILLER,

         Defendant.

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On September 28, 2021, the Court entered a Judgment, ECF No. 62, directing the United States to file a preliminary order of forfeiture with the Court.

However, the United States is not pursuing criminal forfeiture in this case at this time.

          Respectfully submitted,

          JUAN ANTONIO GONZALEZ
          UNITED STATES ATTORNEY

By:  s/ *Daren Grove*_____
      Daren Grove
      Assistant United States Attorney
      Court ID No. A5501243
      500 E. Broward Boulevard, Suite 822
      Fort Lauderdale, Florida 33394
      Telephone: (954) 660-5774
      E-mail: daren.grove@usdoj.gov