Judge Anuraag Singhal
299 E. Broward Blvd
Fort Lauderdale, Florida, 33301

Re: Request for Approval of Medical Marijuana Card

Dear Honorable Singhal,

I hope this letter finds you in good health and high spirits. I am writing to respectfully request your approval for my medical marijuana card, which I believe is essential to address my ongoing health issues.

I would like to provide some context for my request. I have been struggling and diagnosed with two debilitating medical conditions: chronic pain and anxiety since 2015. These conditions have significantly impacted my daily life, making even the most basic tasks challenging. Despite undergoing various conventional treatments and therapies, I have not experienced the relief I had hoped for.

Upon the recommendation of my physician, Dr. David Boguslavsky, I have explored alternative treatments, including medical marijuana. Dr. David Boguslavsky has carefully evaluated my condition and believes that medical marijuana may offer significant benefits in managing my symptoms and improving my quality of life. I have attached his medical report, which outlines his assessment and the reasons behind his recommendation.

I understand the responsibilities and regulations associated with obtaining a medical marijuana card and assure you that I will use it responsibly and in accordance with the law. My primary goal is to alleviate my suffering and regain a semblance of normalcy in my life.

I kindly request your understanding and compassion in granting me this opportunity to explore medical marijuana as a potential solution to my health issues. I believe that with your approval, I can experience relief from my symptoms and live a more productive and fulfilling life.

I am grateful for your consideration of my request and assure you of my commitment to the responsible use of medical marijuana. I kindly request that you approve my application for a medical marijuana card, as it would provide me with the opportunity to manage my conditions more effectively.

Thank you for your time and consideration. I look forward to a positive response and hope for a brighter, healthier future. Please feel free to contact me or my physician if you have any questions or require further information.

Sincerely,

Paul Miller
786-606-0885

FILED BY __ C.B.

NOV 13 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Paul Miller
978 Livingston Ave
North Brunswick NJ
 08902

Judge Anuraag Singhal
299 E Broward Blvd
Fort Laudale FL
 33301