UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-CR-60067-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR HEARING ON DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant, PAUL NICHOLAS MILLER, by and through undersigned counsel, respectfully moves this Honorable Court to set a hearing on the pending **Defendant's Second Motion For Early Termination Of Supervised Release** filed on July 30, 2025, and as grounds states:

1. **Defendant's Second Motion For Early Termination Of Supervised Release** is currently pending before the Court and requires a hearing for proper consideration.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court set a hearing on the pending **Defendant's Second Motion For Early Termination Of Supervised Release** at the Court's earliest convenience and for any further relief the Court deems just and proper.

**Respectfully submitted,**
THE COSTELLO LAW FIRM, P.A.
Attorney for the Defendant

/s/ Mark Costello
MARK COSTELLO, ESQ.
Florida Bar No. 127303