UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-CR-60067-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.

_____/

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

Defendant, **Paul Nicholas Miller**, through undersigned counsel, respectfully moves this Court pursuant to **18 U.S.C. § 3583(e)(2)** to modify the conditions of supervised release to:

(1) permit unrestricted interstate and out-of-district travel necessary to provide medical care for Defendant's father;

(2) permit unrestricted domestic and international travel for verified professional employment; and

(3) immediately authorize international work-related travel to **Tallinn, Estonia** from **December 12–22, 2025**.

This Motion is filed in accordance with the Court's directive issued at the December 3, 2025 hearing, where the Court invited a separate motion addressing modifications to supervised release regarding international work travel and medical-care obligations for Defendant's father.

In support, Defendant states:

### I. BACKGROUND AND RESIDENCY INFORMATION

1. On December 3, 2025, the Court held a hearing on Defendant's Second Motion for Early Termination of Supervised Release.

2. The Court denied the motion without prejudice but expressly directed Defendant to file a "separate motion requesting modifications to supervised release regarding international travel for work and medical care for Defendant's father."

3. Defendant now resides in **New Jersey**, where he lives with and serves as the **primary caregiver** for his father.

4. Defendant's residency in New Jersey has been disclosed to and approved by the United States Probation Office, and Probation has reported no concerns.

5. The relocation to New Jersey was necessitated by his father's medical condition and the need for Defendant to provide daily care and attend numerous medical appointments, treatments, and evaluations.

## II. NECESSARY MEDICAL-CARE TRAVEL FOR DEFENDANT'S FATHER

6. Defendant's father suffers from significant and documented medical conditions requiring frequent specialist visits, imaging, emergency treatment, and ongoing care.

7. Many of these appointments occur throughout New Jersey and in neighboring states such as New York and Pennsylvania, meaning nearly all travel associated with his care is "out-of-district" under the existing supervision conditions.

8. Emergency situations and rapidly scheduled appointments make prior notice or approval impracticable and risk delaying essential medical care.

9. Defendant therefore respectfully requests a modification permitting unrestricted interstate and out-of-district travel related to his father's medical needs **without any requirement of advance notice, approval, or pre-clearance**.

10. Defendant agrees to provide medical documentation **upon request** from Probation to ensure continued transparency.

### III. DOMESTIC AND INTERNATIONAL WORK TRAVEL

11. Defendant works professionally in the entertainment industry, which regularly requires domestic and international travel for content production, filming, appearances, and related engagements.

12. These opportunities often arise with minimal advance notice and are central to Defendant's ability to maintain lawful employment and financial stability.

13. Defendant has been fully compliant with all conditions of supervised release, has incurred **zero violations**, and maintains stable employment.

14. Defendant respectfully requests a modification allowing unrestricted domestic and international travel for verified professional employment **without submitting itineraries, lodging information, employer confirmations, or seeking advance approval or non-objection from the United States Probation Office**.

15. Defendant will provide general information or verification **upon request**, but seeks the ability to undertake time-sensitive work travel without administrative delays.

### **IV. IMMEDIATE REQUEST FOR INTERNATIONAL TRAVEL

16. Defendant has received a verified professional engagement requiring in-person attendance in **Tallinn, Estonia**, with travel scheduled for **December 12–22, 2025**.

17. His employer has confirmed the necessity of his attendance, and Defendant is prepared to provide itinerary details and employer documentation **upon request** from Probation.

18. This request is urgent due to the imminent travel date and falls squarely within the category of modifications the Court expressly invited during the December 3 hearing.

19. Defendant therefore respectfully requests immediate authorization to travel to Estonia for the above dates.

## V. DEFENDANT'S EXEMPLARY COMPLIANCE SUPPORTS THE REQUESTED RELIEF

20. Defendant has exhibited exceptional compliance with all supervision requirements, maintaining stable employment, stable residence, and full cooperation with the United States Probation Office.

21. The requested modifications do not undermine the objectives of supervised release outlined in **18 U.S.C. § 3553(a)**, and do not pose any increased risk to the public.

22. These modifications are necessary to allow Defendant to:

- Provide essential caregiving to his father; and
- Maintain continued lawful employment in his professional field.

## VI. LOCAL RULE 88.9 CONFERRAL

23. Pursuant to Local Rule 88.9, undersigned counsel conferred with AUSA Camille Smith and AUSA Anthony Ray Espino Reynolds. **The Government indicated it does not oppose the requested modifications or the Estonia travel authorization.**

24. Undersigned counsel also conferred with United States Probation Officer Desiree Rodriguez, who **confirmed that Probation does not object to the requested modifications or to the Estonia travel from December 12–22, 2025.**

**WHEREFORE, Defendant respectfully requests that this Court enter an Order:**

1. Modifying the conditions of supervised release to permit unrestricted interstate and out-of-district travel necessary to provide medical care for Defendant's father, **without any advance notice or approval requirements**;

2. Modifying the conditions of supervised release to allow unrestricted domestic and international travel for verified professional employment, **without any notice, approval, itinerary submission, or objection period**;

3. Immediately authorizing Defendant's international travel to **Tallinn, Estonia** from **December 12–22, 2025** for verified employment purposes; and

4. Granting any additional relief the Court deems just and proper.

**Respectfully submitted,**
THE COSTELLO LAW FIRM, P.A.
Attorney for the Defendant
/s/ Mark Costello
MARK COSTELLO, ESQ.
Florida Bar No. 127303