UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-CR-60067-SINGHAL

UNITED STATES OF AMERICA

v.

PAUL NICHOLAS MILLER,

    Defendant.
_____/

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

The United States hereby responds to Defendant Paul Nicholas Miller's motion to modify terms of supervised release (the "Motion"). DE 82.

On December 9, 2025, counsel for the Defendant conferred with the undersigned Assistant United States Attorney regarding the relief the Defendant intended to seek in the Motion. In what appears to be an inadvertent oversight, the Motion overstates the government's position.

The government's position on December 9, 2025, was only that the government had no objection to "[m]odifications to permit necessary travel related to medical care for Mr. Miller's father; and "[t]emporary authorization for international travel to Tallinn, Estonia, from December 12–22, 2025, for verified employment purposes." *See* Ex. 1.

However, on the afternoon of December 11, 2025, the government was notified that the Defendant recently discussed publicly on a livestream his upcoming Estonia travel, and stated "we're gonna go to Estonia [. . . .] [w]e're gonna probably beat up a nigger midget. We're gonna throw some other nigger in, like, the cage that they got there on the set. I'm gonna ask if he'll let me, like, hit the nigger with a cattle prod, shit like that." *See* Ex. 2.

1

In light of the *conduct* that the Defendant purportedly plans to engage in while in Estonia, the government can no longer agree to the Defendant's Estonia trip. Furthermore, the government believes the Defendant would continue to benefit from Probation's supervision, including by providing advance notice to Probation about any planned travel, so that Probation may ensure the Defendant's travel aligns with the statements the Court made at the December 4, 2025, hearing on the Defendant's Motion to Terminate Supervised Release.

Date: December 11, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Anthony Espino Reynolds*
Anthony Espino Reynolds
Assistant United States Attorney
Florida Bar No. 118876
United States Attorney's Office
99 Northeast Fourth Street
Miami, FL 33132-2111
Telephone (305) 961-9389
Facsimile (305) 530-7976
Anthony.Reynolds@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Anthony Espino Reynolds*
Anthony Espino Reynolds
Assistant United States Attorney

2