# Exhibit 1

## Reynolds, Anthony Ray E (USAFLS)

| | |
|---|---|
| **From:** | Reynolds, Anthony Ray E (USAFLS) |
| **Sent:** | Tuesday, December 9, 2025 11:27 AM |
| **To:** | Mark Costello |
| **Subject:** | RE: [EXTERNAL] USA v. Paul Nicholas Miller - Case No.: 0:21-cr-60067-AHS - Rule 88.9 Conference – Motion to Modify Supervision & Estonia Travel (Dec 12–22, 2025) |

Hi Mark, thanks for reaching out.

I spoke with the AUSA who covered last week's hearing. Based on my understanding of the circumstances here, I have no objection to modifications allowing the specific travel you reference below.

Thanks,
Anthony

**Anthony Espino Reynolds | Assistant United States Attorney**
United States Attorney's Office | Southern District of Florida
99 NE 4th Street | Miami, FL 33132
Anthony.Reynolds@usdoj.gov | (305) 961-9389

**From:** Mark Costello <markcostelloesq@gmail.com>
**Sent:** Tuesday, December 9, 2025 11:21 AM
**To:** Reynolds, Anthony Ray E (USAFLS) <Anthony.Reynolds@usdoj.gov>; CaseView.ECF (EOUSA) <CaseView.ECF@usa.doj.gov>; USAFLS-HQDKT (USAFLS) <USAFLS-HQDKT@usa.doj.gov>; Leon, Yimay (USAFLS) [Contractor] <Yimay.Leon@usdoj.gov>
**Subject:** [EXTERNAL] USA v. Paul Nicholas Miller - Case No.: 0:21-cr-60067-AHS - Rule 88.9 Conference – Motion to Modify Supervision & Estonia Travel (Dec 12–22, 2025)

Good afternoon,

Pursuant to Local Rule 88.9, I am writing to confer regarding Defendant Paul Nicholas Miller's upcoming Motion to Modify Conditions of Supervised Release. The motion will request:

1. Modifications to permit necessary travel related to medical care for Mr. Miller's father; and
2. Temporary authorization for international travel to Tallinn, Estonia, from **December 12–22, 2025**, for verified employment purposes.

Given the time-sensitive nature of the requested Estonia travel, please let me know by **5:00 p.m. EST today** whether the United States and Probation oppose, consent, or take no position on the requested relief so that I can accurately reflect your positions in the motion.

Thank you for your prompt attention to this matter.

Sincerely,

Mark A. Costello, Esq.
Founder and Managing Attorney
THE COSTELLO LAW FIRM, P.A.
1 East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33301
Phone: (954) 560-3038
Fax: (954) 248-1975
Email: markcostelloesq@gmail.com

CONFIDENTIALITY NOTICE: The information contained in this message, and any attachments therefore, is intended only for the confidential use of the designated recipient(s). This message may contain legally privileged and/or confidential information. If you have received this document in error, any review or use of this message, including any dissemination, distribution, or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this communication in error, please permanently delete the message, destroy any copies, and notify us immediately.