# Exhibit 2

## Reynolds, Anthony Ray E (USAFLS)

| | |
|---|---|
| **From:** | Huey FischerGarcia <huey.fischergarcia@splcenter.org> |
| **Sent:** | Thursday, December 11, 2025 2:42 PM |
| **To:** | Reynolds, Anthony Ray E (USAFLS) |
| **Subject:** | [EXTERNAL] Time-sensitive: Paul Miller (21-cr-60067) |

| | |
|---|---|
| **Importance:** | High |

Good afternoon,

I am a staff attorney with the Southern Poverty Law Center. I write concerning Defendant Paul Miller (21-cr-60067, S.D. Fla.) and his pending Motion to Modify Conditions of Supervised Release. Specifically, I write with concerns about his planned trip to Estonia, departing tomorrow, December 12.

As you know, Mr. Miller is an extremist with a well-documented history of racist and antisemitic activities. In fact, our office filed suit against Mr. Miller yesterday for conspiring to violate the civil rights of a Jewish community center in Nashville, Tennessee. On or about Tuesday, December 9, during one of his regular livestreams, Mr. Miller discussed his plans for this upcoming trip to Estonia. I quote him here:

> Okay, yeah, so we're gonna go to, we're gonna go to Estonia. We are going to do the the castle roulette for them. I think it's gonna be really, really funny, but I'll still be, I'll still do the stream there, like I'll show you guys what we're doing. So it should be really, really, really cool. If I can fit in, you know, maybe one or two shows that we normally do, of course I will. So just so you guys know, I'm leaving on Friday, all right, so I'm gonna get out of here on Friday, go over there, do that for them, and then I'll be back just before Christmas so that Santa can come on and do his thing. So I think it's going to be really interesting. All right, so I hope you guys can just survive for a few days without me. Okay, so just just wanted to give you guys that update. I'm actually really excited to do it. It's going to be fucking hilarious. Castle rule. That is really funny. We're gonna probably beat up a nigger midget. We're gonna throw some other nigger in, like, the cage that they got there on the set. I'm gonna ask if he'll let me, like, hit the nigger with a cattle prod, shit like that.

A video of this livestream is still available online at https://web.telegram.org/a/#-1001601708493. See the 12'24" mark.

We thought you would want to be apprised of these facts and intentions given Miller's representations that your office assents to his purported need for international travel for business purposes.

Respectfully,

1

 **Huey Fischer García**  (he/him/él)
Senior Staff Attorney I | Inclusion & Anti-Extremism Litigation Team
Southern Poverty Law Center
C  504.884.7680
huey.fischergarcia@splcenter.org  |  splcenter.org
Licensed in Louisiana and Texas; Vermont (inactive)

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.