UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-CR-60067-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, **Paul Nicholas Miller**, by and through undersigned counsel, appeals to the **United States Court of Appeals for the 11th Circuit** from the Order entered on **December 3, 2025**, denying Defendant's **Motion for Early Termination of Supervised Release**.

This appeal is taken pursuant to **18 U.S.C. § 3742(a)** and **28 U.S.C. § 1291**, as the Order constitutes a final decision affecting Defendant's substantial rights.

Defendant respectfully asserts that the District Court abused its discretion and committed legal error by denying early termination despite Defendant's full compliance with all conditions of supervision, the absence of any violations, and substantial evidence demonstrating that continued supervision is not necessary to serve the interests of justice or the purposes of supervised release under **18 U.S.C. § 3553(a)** and **§ 3583(e)(1)**.

Defendant further contends that the denial improperly frustrates the rehabilitative purpose of supervised release, interferes with lawful employment, family obligations—including the care of an ailing parent—and lawful international travel required for Defendant's profession, contrary to

controlling Supreme Court precedent recognizing supervised release as a mechanism of reintegration rather than punishment.

Respectfully submitted this 17th day of December, 2025.

**Respectfully submitted,**
THE COSTELLO LAW FIRM, P.A.
Attorney for the Defendant

/s/ Mark Costello
MARK COSTELLO, ESQ.
Florida Bar No. 127303