UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:21-CR-60067-AHS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL NICHOLAS MILLER,

    Defendant.
_____/

**DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

Defendant, **Paul Nicholas Miller**, by and through undersigned counsel, respectfully moves this Court for clarification of its Order denying Defendant's Motion to Modify Conditions of Supervised Release, and in support states as follows:

**I. PROCEDURAL BACKGROUND**

1. Defendant is currently serving a term of supervised release imposed by this Court.

2. On December 10, 2025, Defendant filed a **Motion to Modify Conditions of Supervised Release**, seeking a limited and structured modification of travel-related conditions to allow Defendant to:

    - Comply with professional employment obligations; and
    - Address family-related medical and caregiving needs.

3. The proposed modification included advance notice requirements and reasonable documentation, and was intended to remain fully subject to supervision and compliance with all other conditions.

4. On December 11, 2025, the Court entered an Order denying the Motion. Thereafter, following the filing of a Motion for Reconsideration, the Court again denied relief by Order dated December 15, 2025.

## II. BASIS FOR REQUESTING CLARIFICATION

5. Defendant does **not** seek reconsideration of the Court's ruling, nor does Defendant seek to re-argue the merits of the prior motion.

6. Rather, Defendant respectfully seeks clarification as to the **specific basis** for the Court's denial so that:
    - Defendant may fully comply with the Court's expectations;
    - Counsel may properly tailor any future request or proposed order; and
    - The record is clear as to whether the denial was procedural, substantive, or based on the form or scope of the relief requested.

7. Specifically, Defendant seeks clarification as to whether the Court's denial was based on one or more of the following considerations:
    - The **scope** of the requested modification;
    - The **form or wording** of the proposed condition;
    - Concerns regarding supervision, notice, or enforcement;
    - A preference for a different procedural mechanism or narrower request; or
    - Any other factor the Court deems relevant.

## III. REQUEST FOR GUIDANCE

8. Defendant respectfully requests that the Court clarify:
    - Whether a revised or more narrowly tailored modification would be considered;
    - Whether the Court would prefer a different structure, limitation, or condition;

- - o   Whether the Court requires additional information, documentation, or assurances in order to consider such a request.

9. Defendant emphasizes that he seeks only to understand and comply with the Court's requirements and does not intend to burden the Court with unnecessary or repetitive filings.

## IV. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court issue an order clarifying the basis for its denial of the Motion to Modify Conditions of Supervised Release and providing such guidance as the Court deems appropriate.

**12/17/2025**

**Respectfully submitted,**
THE COSTELLO LAW FIRM, P.A.
<u>Attorney for the Defendant</u>

/s/ Mark Costello

MARK COSTELLO, ESQ.
Florida Bar No. 127303